UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

RAYMOND GONZALEZ, *on behalf of himself and* :
*all others similarly situated*,

                Plaintiff,

     -against-                                    ORDER

LOUIS LEEMAN (USA) INC.,                20 Civ. 2618 (GBD)

                Defendant.

------------------------------------ X

GEORGE B. DANIELS, District Judge:

    The July 16, 2020 initial conference is adjourned to November 5, 2020 at 9:30 a.m.

Dated: June 30, 2020
       New York, New York

                                           SO ORDERED.

                                           GEORGE B. DANIELS
                                           UNITED STATES DISTRICT JUDGE